# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                       NO. 2020 KW 0613

VERSUS

KATINA CARTER                                     **SEPTEMBER 14, 2020**

---

In Re:     Katina Carter, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge,
           No. 08-12-0642.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

   **WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk of Court's Office reflect that the district court
denied relator's motion for discovery and inspection on November
9, 2016.

                          **PMc**
                          **JEW**
                          **GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT